UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| YVETTE COBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:12CV01570 AGF |
| ) | |
| UNITED INDUSTRIES CORPORATION; ) | |
| SPECTRUM BRANDS, INC.; and ) | |
| BLUEGRASS LAWNCARE OF ST. LOUIS, ) | |
| L.L.C., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This slip-and-fall case matter is before the Court on the unopposed motion of Defendant Bluegrass Lawncare of St. Louis, L.L.C., ("Bluegrass") to remand the case to the state Court in which it was filed. The case was removed from state court on August 30, 2012, by the then Defendant, a Delaware corporation with its principal place of business in Wisconsin. Another Defendant had previously been dismissed. Thereafter, Bluegrass, a Missouri entity, was added to the complaint by Plaintiff, a Missouri resident, and the Delaware corporation was dismissed from the lawsuit.

Pursuant to 28 U.S.C. § 1447(e), if "after removal the plaintiff seeks to join additional defendants whose joinder would destroy subject matter jurisdiction, the court may . . . permit joinder and remand the action to the State court." Plaintiff has not filed an objection to the motion to remand within the time permitted.

Upon review of the record,

**IT IS HEREBY ORDERED** that the unopposed motion of Defendant Bluegrass Lawncare of St. Louis, L.L.C., to remand this case to the state court to which it was filed is **GRANTED**.  (Doc. No. 26.)

**IT IS FURTHER ORDERED** that the Clerk's Office shall take all necessary steps to remand this case to the Circuit Court of St. Louis County, Missouri.

*Audrey G. Fleissig*_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 25th day of July, 2013